■ SHARON PEREZ, Appellant, v. MANUEL PEREZ, Respondent.— Judgment, Supreme Court, New York County, entered on July 5, 1973, unanimously modified, on the law and the facts, to the extent of increasing the award for furniture by $1,000, and, as so modified, the judgment is otherwise affirmed, without costs and without disbursements. In our view the allowance made for furnishing the plaintiff's apartment was inadequate to the extent indicated. Concur —McGivern, J. P., Markewich, Lane, Steuer and Capozzoli, JJ.

■ SHELLMAN JOHNSON, Respondent, v. CROWN HEIGHTS COMMUNITY CORPORATION, Appellant, and NEW YORK CITY COUNCIL AGAINST POVERTY, Respondent. — Judgment, Supreme Court, New York County, entered on February 20, 1973, granting petitioner's application for reinstatement to employment and retroactive pay, unanimously reversed, on the law, without costs and without disbursements, and the petition dismissed. The record sufficiently establishes that petitioner's procedural and substantive rights were not violated and that he was not denied due process as he claims. Petitioner was afforded no less than three hearings and an appeal, all with the assistance of counsel. Moreover, it appears that this proceeding was not timely commenced ( CPLR 217 ). Concur —McGivern, J. P., Nunez, Kupferman, Lane and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARBARA KREX, Respondent, v. IRA KREX, Appellant.— Judgment, Supreme Court, New York County, entered on or about August 9, 1972, unanimously affirmed, without costs and without disbursements. The counsel fees awarded shall cover the services of petitioner's counsel upon this appeal. No opinion. Concur —McGivern, J.P., Markewich, Kupferman, Murphy and Steuer, JJ.